# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Beckley

| | | | |
|---|---|---|---|
| Date: | 4/21/2025 | Case Number: | 5:18-cr-00026 |
| Case Style: | USA vs. James H. Blume Jr. | | |
| Type of hearing: | Pretrial Diversion Hearing | | |
| Before the Honorable: | 2517-Volk | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Tabitha Jarrell |

Attorney(s) for the Plaintiff or Government:

Jennifer Rada Herrald

Attorney(s) for the Defendant(s):

Michael Callaghan

| | |
|---|---|
| Law Clerk: | Amanda Duvall |
| Probation Officer: | Kiara Cooper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:03 PM | 2:16 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 13 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

PRETRIAL DIVERSION

Scheduled Start Time: 1400
Actual Start Time: 1403

Defendant present in person and by counsel for pretrial diversion.
Counsel noted appearances on the record.
Defendant placed under oath.
Court questions Defendant regarding competence.
Court FINDS Defendant competent and capable of entering into an informed agreement for pretrial diversion.
Court questions Defendant regarding advice of counsel.
Court asks AUSA Herrald to summarize agreement on the record.
Parties agree Agreement will be docketed on the record (not sealed).
Court questions Defendant and Counsel regarding the Pretrial Diversion Agreement.
Court makes findings on the record.
Court APPROVES the Pretrial Diversion Agreement-Government is instructed to file a copy of the agreement for the record.
Court instructs Defendant regarding the strict compliance to the terms of the agreement - successful completion may result in the dismissal of the charges, whereas failure to comply may result in prosecution on those same charges.

Court recessed at 1416