IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:18-cr-00026-1

JAMES H. BLUME, JR., D.O.

ORDER

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal with prejudice of the Indictment in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record, to the defendant James H. Blume, Jr., D.O., and to the United States Marshals Service.

Enter:

_____
FRANK W. VOLK
CHIEF UNITED STATES DISTRICT JUDGE