**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

Beckley Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 5:18-cr-00026-04

MICHAEL T. MORAN, M.D.,
          Defendant.

---

### DEFENDANT MICHAEL T. MORAN, M.D.'S MOTION TO MODIFY
### TERMS AND CONDITIONS OF PRETRIAL DIVERSION AGREEMENT

---

Now Comes Defendant, Michael T. Moran, M.D., by and through his undersigned counsel, and requests this Court modify the terms and conditions of his Pretrial Diversion Agreement. Specifically, Defendant requests that the Court modify paragraph 11 of the Pretrial Diversion Agreement previously approved by the Court to allow Defendant to regain and retain possession of his collection of firearms. Defendant makes this request due to recent amendments to the law of the Commonwealth of Virginia enacted after the execution and adoption of the Pretrial Diversion Agreement by this Court. In support of the Motion, Dr. Moran hereby adopts and incorporates by reference the statements of fact and law set forth in his Memorandum of Law in Support of Motion to Modify Terms and Conditions of Pretrial Diversion Agreement filed contemporaneously herewith.

WHEREFORE, Defendant Michael T. Moran, M.D. respectfully requests that this Court enter an Order modifying paragraph 11 of the Pretrial Diversion Agreement and allow Dr. Moran to regain possession of his firearm collection and maintain possession of the collection at his residence.

Respectfully Submitted,

**MICHAEL T. MORAN, MD,**

By Counsel,


*/s/ John H. Tinney, Jr.*
John H. Tinney, Jr., Esquire (#6970)
Raj A. Shah, Esquire (#11269)
John K. Cecil, Esquire (#9155)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
jtinney@handl.com
rshah@handl.com
jcecil@handl.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

**UNITED STATES OF AMERICA**

**v.**                                           **CRIMINAL NO.  5:18-cr-00026-04**

**MICHAEL T. MORAN**

**CERTIFICATE OF SERVICE**

I, John H. Tinney, Jr., counsel for Michael T. Moran, MD., do hereby certify that on May 22, 2026, I served **"DEFENDANT MICHAEL T. MORAN, M.D.'S MOTION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL DIVERSION AGREEMENT"** using the Court's CM/ECF system, which will electronically deliver true and exact copies thereof to counsel of record.

*/s/  John H. Tinney, Jr.*
John H. Tinney, Jr., Esquire (#6970)
Raj A. Shah, Esquire (#11269)
John K. Cecil, Esquire (#9155)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O. Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
jtinney@handl.com
rshah@handl.com
jcecil@handl.com